# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

IOT INNOVATIONS LLC,

   Plaintiff,

  v.

LEVITON MANUFACTURING CO.,
INC.,

   Defendant.

Civil Action No. 1:23-cv-02475-ELR

**JURY TRIAL DEMANDED**

## MOTION TO WITHDRAW C. MATTHEW ROZIER AS ATTORNEY FOR PLAINTIFF

Plaintiff IoT Innovations LLC ("IoT") hereby moves to withdraw C. Matthew Rozier as its counsel. James F. McDonough, III, Jonathan R. Miller, and Travis E. Lynch, on behalf of IoT, remain as its counsel.

Dated: <u>June 20, 2023</u>

Respectfully submitted,

By: */s/ James F. McDonough, III*

James F. McDonough, III (GA 117088)
Jonathan R. Miller (GA 507179)
Travis E. Lynch (GA 162373)
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (470) 480-9505, -9517, -9514
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com
Email: lynch@rhmtrial.com

Jonathan L. Hardt (TX 24039906) *
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite C
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

***Attorneys for Plaintiff IOT INNOVATIONS LLC***

\* admission *pro hac vice* anticipated

Page | 3

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: <u>June 20, 2023</u>

By: <u>*/s/ James F. McDonough, III*</u>
James F. McDonough, III